UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS O'HARA, et al.,
    Plaintiffs,

Case No. 17-cv-13186
v.        Hon. Denise Page Hood

EQUITYEXPERTS.ORG, LLC, et al.,
    Defendants.
_____

## **STIPULATION OF DISMISSAL**

The parties, as evidenced by the signatures of their respective counsels below, stipulate to the dismissal of Plaintiffs' claims against Defendants, with prejudice and without attorneys' fees or costs to any party.

Dated: December 16, 2020

Respectfully submitted,

/s/ Gary D. Nitzkin
GARY D. NITZKIN (P41155)
CREDIT REPAIR LAWYERS
OF AMERICA
Attorneys for Plaintiffs
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Fax (248) 353-4840
gary@crlam.com

/s/ Katrine M. DeMarte (w/consent)
KATRINA M. DEMARTE (P81476)
DEMARTE LAW, PLLC
Attorney for Defendants
39555 Orchard Hill Place
Suite 600/PMB 6338
Novi, MI 48375
Telephone: (313) 509-7047
Email: Katrina@demartelaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS O'HARA, et al.,
    Plaintiffs,

                                          Case No. 17-cv-13186
v.                                     Hon. Denise Page Hood

EQUITYEXPERTS.ORG, LLC, et al.,
    Defendants.
_____

## **ORDER OF DISMISSAL**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants are hereby dismissed with prejudice and without fees or costs to either party.

Dated: December 29, 2020                    s/Denise Page Hood_____
                                                    Hon. Denise Page Hood
                                                    United States District Chief Judge